NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  17-232 (RC)

Michael T. Flynn
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Stephen P. Anthony (D.C. Bar No. 426536)
(Attorney & Bar ID Number)

Covington & Burling LLP
(Firm Name)

One CityCenter, 850 Tenth Street, NW
(Street Address)

Washington, DC 20001
(City)   (State)   (Zip)

(202) 662-5105
(Telephone Number)