**FILED**

DEC 0 1 2017

Clerk, U.S. District and
Bankruptcy Courts

Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.: 17 cr 232 (RC) |
| | ) | |
| Michael T. Flynn | ) | |
| | ) | |

## WAIVER OF INDICTMENT

I, _____Michael T. Flynn_____, the above-named defendant, who is accused of

False Statements (in violation of 18 USC §1001)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____December 1, 2017_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____  Date: _____December 1, 2017_____
Rudolph Contreras
United States District Judge