Rev: 1/2017

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   17-232   (EGS)

MICHAEL T. FLYNN        Category   A

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __12/7/17__ from __Judge Rudolph Contreras__ to __Judge Emmet G. Sullivan__ by direction of the Calendar Committee.

(Randomly Reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   Judge Rudolph Contreras   & Courtroom Deputy
      Judge Emmet G. Sullivan   & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk